IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | Case No. 1:20-cv-52 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| JOE DETERS, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 5), DISMISSING ACTION FOR FAILURE TO STATE A CLAIM FOR RELIEF, CERTIFYING UNDER 28 U.S.C. § 1915(a) THAT ANY APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH AND THEREFORE PLAINTIFF IS DENIED LEAVE TO APPEAL *IN FORMA PAUPERIS*, AND DEEMING PLAINTIFF A VEXATIOUS LITIGATOR AND ENJOINING PLAINTIFF FROM FILING ANY NEW ACTIONS WITHOUT SUBMITTING A CERTIFICATION FROM AN ATTORNEY THAT THERE IS A GOOD FAITH BASIS FOR PLAINTIFF'S CLAIMS**

The Court has reviewed the Report and Recommendations of Magistrate Judge Stephanie K. Bowman (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objections to the Report and Recommendations have been filed and the time to do so has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, for the reasons stated in the Report and Recommendations, the Court rules as follows:

1. The Court **DISMISSES** this action **WITH PREJUDICE** for failure to state a claim for relief;

2. The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore Plaintiff is **DENIED** leave to appeal *in forma pauperis*; and

3. As Plaintiff has filed a dozen lawsuits that have been dismissed on initial screening for failure to state a claim, the Court hereby **DEEMS** Plaintiff a vexatious litigator and **ENJOINS** her from filing any new actions without submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio, stating that there is a good faith basis for the claims Plaintiff seeks to assert.

**IT IS SO ORDERED**.

                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF OHIO

                                        By:    */s/ Matthew W. McFarland*
                                                JUDGE MATTHEW W. McFARLAND